**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| VERONICA SERVIN, | ) | No. CV 07-1673 CW |
|  | ) |  |
| Plaintiff, | ) | JUDGMENT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner, Social Security | ) |  |
| Adminstration, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: May 29, 2008

                                                _____/s/_____
                                                CARLA M. WOEHRLE
                                    United States Magistrate Judge